AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andy Lawson McDaniel | |
| *Plaintiff* | |
| v. | ) Civil Action No.    7-23-cv-1527-TMC |
| R Todd Campbell; Darren M Janesky; Town of | ) |
| Blacksburg, *a/k/a Blacksburg Police Department*; | ) |
| Mayor Mike Patterson; Police Chief Jamie P Ham; | ) |
| Cherokee County Sheriff's Office, | ) |
| **Mark Hutchens[1] | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■   Summary Judgment in favor of Defendants Darren M. Janesky and R. Todd Campbell on the excessive force claim.

■ Summary Judgment in favor of the Blacksburg Defendants (Police Chief Jamie P. Ham, Mayor Mike Patterson, Town of Blacksburg) as to the deliberate indifference claim. (NOTE: Plaintiff's claim brought under the SCTCA is remanded to state court.)

■ Summary Judgment granted for Cherokee County Sheriff's Office.

This action was:

■ decided by the Honorable Chief Judge Timothy M. Cain.

Date:   June 5, 2026

*CLERK OF COURT*

s/Rob Weber, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

---

[1] Defendant Mark Hutchens, Cherokee County Sheriff's Deputy, was terminated on September 24, 2024 per Stipulation of Dismissal [ECF Doc. 59].